■ ISRAEL MINZER et al., Appellants, v MEAL MART, Respon-

dent, et al., Defendant.—Appeal by the plaintiffs from an order of the Supreme Court, Kings County (I. Aronin, J.), dated July 8, 1987.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Irving Aronin in his memorandum decision at the Supreme Court. Bracken, J. P., Rubin, Sullivan and Harwood, JJ., concur.